DECISIONS PER CURIAM, FROM JANUARY 29, 1924, TO AND INCLUDING APRIL 27, 1924, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. —, Original. *Ex parte:* IN THE MATTER OF ROTAX COMPANY, INC., PETITIONER. Submitted January 28, 1924. Decided February 18, 1924. Motion for leave to file petition for a writ of mandamus herein denied. *Mr. Frederick P. Warfield, Mr. Holland S. Duell* and *Mr. Leonard A. Watson* for petitioner.

No. 136. STATE OF ARKANSAS ON THE RELATION OF JEFFERSON BLACK *v.* BOARD OF DIRECTORS OF SCHOOL DISTRICT No. 16, OF MONTGOMERY COUNTY, ARKANSAS. Error to the Supreme Court of the State of Arkansas. Submitted January 4, 1924. Decided February 18, 1924. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Waters-Pierce Oil Co.* v. *Texas,* 212 U. S. 112, 115–116; *Appleby* v. *Buffalo,* 221 U. S. 524, 529; *Cleveland & Pittsburgh R. R. Co.* v. *Cleveland,* 235 U. S. 50, 53; *Hiawassee Power Co.* v. *Carolina-Tennessee Co.,* 252 U. S. 341, 344. *Mr. R. G. Davies* for plaintiff in error. *Mr. James E. Hogue* for defendant in error.